■ P. & S. PROCESSING COMPANY, INC., et al., Respondents, v. ROBERT B. LEW, Appellant, et al., Defendant.— In an action to restrain appellant from using certain chattels in violation of his agreement with the individual respondents, for an accounting and for other relief, the appeal is from so much of an order as denied appellant's motion to modify respondents' notice of examination before trial and as directed appellant, who is presently in Florida, to appear for examination in Kings County. Order affirmed, without costs. No opinion. The examination is to proceed on 15 days' notice. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ MARY P. RAZZANO, Respondent, v. LILLIAN SELWYN, Appellant.— In an action to recover damages for personal injuries, the appeal is from an order denying a motion to dismiss the complaint for lack of prosecution. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ CARMINE RICCIARDI et al., Appellants, v. WILLIAM P. HARNACK, Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from a judgment entered on a jury verdict in favor of respondent. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.